## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 19-MJ-8301-WM

UNITED STATES OF AMERICA

v.

JOSE MALDONADO-DIAZ

Defendant.
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?        ___ Yes ✔ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✔ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:    *Gregory Schiller*
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0648477
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      561-209-1045
Fax:      561-820-8777
Email:    Gregory.Schiller@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY _____ D.C.

AUG - 6 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSE MALDONADO-DIAZ | )   Case No.   19-MJ-8301-WM |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 23, 2019 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal reentry after deportation |

This criminal complaint is based on these facts:

Please refer to the accompanying affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John R. Jones, II, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____ 08/06/2019 _____

_____
*Judge's signature*

City and state:  _____ West Palm Beach, Florida _____     U.S. Magistrate Judge William Matthewman
*Printed name and title*

## AFFIDAVIT
### Case No. 19-MJ-8301-WM

I, John R. Jones II, being duly sworn, do solemnly swear and state that:

1. I am a Border Patrol Agent for the U.S. Department of Homeland Security, United States Border Patrol, and have served in that position for ten (10) years. I am currently assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida. I have received specialized training regarding the investigation and enforcement of United States Immigration Laws. In the capacity of a Border Patrol Agent, I am charged with enforcing federal administrative (Immigration) and criminal laws under Titles 8, 18, 19, and 21 of the United States Code. As a federal law enforcement officer, I have the authority to make arrests, execute search warrants, and take sworn statements.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation known by me or other law enforcement personal. Rather, this affidavit serves solely to establish that there is probable cause that the subject, DIAZ-Maldonado, Jose, also known as MALDONADO-Diaz, Jose, and other minor variations of these names, committed the offense of being a previously removed alien found in the United States without the approval of the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

### PROBABLE CAUSE

3. On or about July 23, 2019, Border Patrol Agent Scott Stacy received a call from Palm Beach County Sheriff's Office (PBSO) Sergeant Segedin who was requesting assistance with identifying a possible illegal alien gang member from El Salvador. The subject was arrested by Police for a failure to appear and was transported to the Palm Beach County Jail (PBCJ). Sgt.

Segedin provided BPA Stacy with the subjects name and a photograph of the subject. BPA Stacy conducted an investigation, and requested record checks through DHS databases. Record checks indicated the subject is a native of El Salvador. Records also indicated the subject was removed to El Salvador on February 21, 2019, under the name Jose DIAZ-Maldonado. BPA Stacy compared DHS database photographs with the photographs provided by Sgt. Segedin, and determined them to be a match. BPA Stacy filed an immigration detainer (I-247) with PBCJ.

4. On, July 26, 2019, PBCJ contacted West Palm Beach Border Patrol Station regarding the I-247. BPA Agents responded to PBCJ and transported the subject to the West Palm Beach Border Patrol Station for processing and further questioning.

5. At the station, the subject's fingerprints were entered into the e3/New Generation Identification system, which queries the Department of Homeland Security (DHS) database, as well as the Federal Bureau of Investigation (FBI) database. The records returned resulting in a positive match indicating that the subject has prior immigration and criminal history, under alien registration file A*** *** 328, and FBI#******060. The immigration electronic records and alien file assigned to the subject shows that he is a native and citizen of El Salvador.

6. Records indicate that the subject was arrested and charged with 8 USC 1325(a)(1) Illegal entry on or about November 25, 2018, and was convicted and sentenced to time served on November 27, 2019.

7. Records indicate that the subject was ordered removed by a designated official on or about, February 6, 2019, and was removed to El Salvador by plane, through the Laredo Texas Port of entry on or about February 21, 2019.

8.      The record checks through the Department of Homeland Security (DHS) CLAIMS database failed to locate any evidence indicating that the subject had applied for or received permission from the appropriate government officials to lawfully reenter the United States.

9.      Based on the foregoing, I respectfully submit there is probable cause that ROSAS committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).


FURTHER YOUR AFFIANT SAYETH NAUGHT.

JOHN R. JONES II
UNITED STATES BORDER PATROL


SWORN TO AND SUBSCRIBED
BEFORE ME THIS 6 DAY OF
AUGUST 2019, AT WEST PALM
BEACH, FLORIDA.


**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Jose Maldonado-Diaz

**Case No**: 19-MJ-8301-WM

Count #: 1

Illegal reentry after deportation

Title 8, United States Code, Section 1326(a)

**\* Max.Penalty**:          Two (2) years' imprisonment, 1 year supervised release,
$250,000 fine, $100 special assessment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**